IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLARENCE FRANK STEPHENSON,
    Plaintiff,

vs.                                  Case No.  3:11cv418/MCR/CJK

WARDEN D. ELLIS, et al.,
    Defendants.
_____

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 30, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation (doc. 11), the Recommendation is adopted as the opinion of the Court, as modified below.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order, except that the dismissal shall be without prejudice to allow the plaintiff an opportunity to amend the complaint.

2.    The plaintiff's federal claims are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

3.    The plaintiff shall have twenty-one (21) days after service of this order

to file an amended complaint.

    DONE AND ORDERED this 4th day of June, 2012.


                      *M. Casey Rodgers*
                      M. CASEY RODGERS
                      CHIEF UNITED STATES DISTRICT JUDGE