IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLARENCE FRANK STEPHENSON,
    Plaintiff,

v.                                            Case No. 3:11cv418/MCR/CJK

WARDEN D. ELLIS, et al.,
    Defendants.
_____

## O R D E R

Upon consideration of the Second Report and Recommendation of the Magistrate Judge filed on January 25, 2013 (doc. 26), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation (*see* doc. 29) the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The plaintiff's federal claims are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

3. This court declines to exercise supplemental jurisdiction over plaintiff's state law claim and DISMISSES this claim without prejudice.

4. The clerk is directed to close the file.

DONE AND ORDERED this 25th day of March, 2013.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE